No. 834. H. R. DAVIS, FOR THE USE AND BENEFIT OF
HIMSELF AND ALL OTHERS SIMILARLY SITUATED, v. S. J.
McFARLAND ET AL. February 28, 1927. Petition for a

writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John Davis* for petitioner. *Messrs R. E. L. Saner, M. M. Crane,* and *Cullen F. Thomas* for respondents.